**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                                        No. 4:12CR00232-02 JLH

JESSICA LORRAINE HILL                                                              DEFENDANT

## ORDER

Pending before the Court is the defendant's unopposed motion for continuance of sentencing hearing currently set for June 12, 2014. The motion is GRANTED. Document #59.

The sentencing hearing for defendant Jessica Lorraine Hill is hereby rescheduled for **THURSDAY, JUNE 19, 2014, at 3:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 27th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE